ELECTRONICALLY FILED - 2025 Nov 20 7:37 AM - CHARLESTON - COMMON PLEAS - CASE#2025CP1000159

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | NINTH JUDICIAL CIRCUIT |
| COUNTY OF CHARLESTON ) | CIVIL ACTION NO.: |
| ) | |
| Pamela Love, ) | |
| ) | |
| Plaintiff, ) | **SUMMONS** |
| ) | |
| vs. ) | |
| ) | |
| Costco Wholesale Corporation, Costco Wholesale Membership, Inc., and Marcy Redick, ) | |
| ) | |
| Defendant. ) | |

TO: **THE DEFENDANT ABOVE NAMED**:

YOU ARE HEREBY SUMMONED and required to answer the Complaint herein, a copy of which is herewith served upon you, and to serve a copy of your Answer to the said Complaint on THE DERRICK LAW FIRM, at its office at Post Office Box 28, Conway, South Carolina, 29528, within Thirty (30) days after the service hereof, exclusive of the day of such service; and if you fail to answer the Complaint within the time aforesaid, the Plaintiff will apply to the Court for the relief demanded in the Complaint and judgment by default will be rendered against you for the relief demanded in the Complaint.

DATED this 20th day of November, 2025

***The Derrick Law Firm***

*s/Matan Perets*

Matan Perets, Esquire (105831)
Dakota J. Derrick, Esquire (102687)
Attorney for the Plaintiff
PO Box 28
Conway, SC 29528
843-248-7486
843-248-7510
matan.perets@derricklawfirm.com
dakota.derrick@derricklawfirm.com

EXHIBIT B

ELECTRONICALLY FILED - 2025 Nov 20 7:37 AM - CHARLESTON - COMMON PLEAS - CASE#2025CP1000159

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF CHARLESTON<br><br>Pamela Love<br><br>Plaintiff,<br><br>vs.<br><br>Costco Wholesale Corporation, Costco Wholesale Membership Inc., and Marcy Redick,<br>Defendants. | IN THE COURT OF COMMON PLEAS<br>NINTH JUDICIAL CIRCUIT<br>C.A NO.:<br><br>**AMENDED COMPLAINT**<br><br>(Jury Trial Requested) |

## PARTIES

1. Plaintiff, Pamela Love is a citizen and resident of Charleston County, South Carolina.

2. Defendants Costco Wholesale Corporation, and Costco Wholesale Membership Inc. are Washington and California Corporations, respectively, and transact business within Charleston County, including a retail store located at 3525 Park Avenue Blvd. Mount Pleasant, South Carolina 29466 (hereinafter referred to as "Costco Retail Store").

3. Upon information and belief, at all times material to the matters outlined herein Defendant Marcy Redick, was a citizen and resident of Charleston County, South Carolina, and in her role as the General and/or Center Manager of the Costco Retail Store, exercised a significant amount of control over the day-to-day operation of that retail store and its premises including but not limited to ensuring the safety of customers and guests visiting the store property through the timely and proper inspection, identification, correction, repair, remedying, and warning of potentially hazardous and/or dangerous conditions existing on and in the store located at 3525 Park Avenue Blvd. Mount Pleasant, South Carolina 29466.

ELECTRONICALLY FILED - 2025 Nov 20 7:37 AM - CHARLESTON - COMMON PLEAS - CASE#2025CP1000159

## JURISDICTION

4. This Court has subject-matter jurisdiction over the claims in this lawsuit and personal jurisdiction over the parties.

5. The incident giving rise to this action occurred in Charleston County, South Carolina, and venue is proper in this Circuit.

## FACTS

6. On December 26, 2024, Plaintiff was shopping at the Costco Retail Store owned, operated, and managed by Defendants.

7. On that day, while walking down the aisles inside the Costco Retail Store, Plaintiff slipped on a slippery substance located on the floor (hereinafter referred to as "Substance").

8. Plaintiff suffered severe injuries arising out of this incident and required emergent medical treatment.

9. Upon information and belief, Defendants had prior actual knowledge and/or constructive knowledge of the substance prior to the incident but failed to take reasonable and timely steps to remedy, remove, repair and/or warn of it.

10. Defendants stock merchandise on top of shelves and other displays along the sides of the aisles inside the Costco Retail Store.

11. Defendants knew or should have known that when walking down the aisles, customers' visual attention would be distracted by the merchandise Defendants offer for sale.

## FIRST CAUSE OF ACTION AS TO ALL DEFENDANTS
## (NEGLIGENCE, GROSS NEGLIGENCE)

12. Plaintiff incorporates all allegations of paragraphs above into this cause of action as if set forth verbatim.

ELECTRONICALLY FILED - 2025 Nov 20 7:37 AM - CHARLESTON - COMMON PLEAS - CASE#2025CP1000159

13. Plaintiff's injuries and damages alleged herein were directly and proximately caused by the following negligent, careless, reckless, willful and grossly negligent acts of the Defendants, their agents and/or their employees, all in violation of the statutes and common laws of the State of South Carolina, and amount to breach of the duties owed to an invitee, by:

14. Failing to keep the premises in a reasonably safe condition,

15. Failing to properly inspect the premises and identify the Substance,

16. Failing to remove the Substance from the floor,

17. Failing to warn the Plaintiff of the dangerous condition created by the Defendants, and/or their agents and servants, by failing to remove the Substance from the floor,

18. Failing to create and/or enforce policies to ensure that the premises are safe for customers walking in the aisles,

19. Failing to act in a careful and reasonably prudent manner as any reasonable entity would have in acted in the same or similar circumstances; and,

20. In otherwise being negligent, reckless, and careless.

21. As a direct and proximate result of Defendants' negligence, gross negligence, willful, wanton, and reckless behavior, Plaintiff suffered injuries and damages, has undergone various medical procedures, lost the ability to enjoy her life in the same way she had before the incident, and has incurred substantial medical expenses. Additionally, the incident has caused Plaintiff to endure extreme pain and suffering, mental anguish, anxiety, trauma, and emotional distress, lost wages, and loss of earning capacity, and to incur numerous psychological damages, all to Plaintiff's detriment, both actual and punitive, in a sum to be determined at the trial of this case.

ELECTRONICALLY FILED - 2025 Nov 20 7:37 AM - CHARLESTON - COMMON PLEAS - CASE#2025CP1000159

**WHEREFORE**, Plaintiff prays this Court enter judgment against Defendants for actual and punitive damages in an amount to exceed One Hundred Thousand and 00/100 Dollars, and for the costs of this action and for such other and further relief as this Honorable Court deems just, in an amount to be determined by a jury.

***The Derrick Law Firm***

*s/Matan Perets*

Matan Perets, Esquire (105831)
Dakota Derrick, Esquire (102687)
Attorneys for the Plaintiff
PO Box 28
Conway, SC 29528
843-248-7486
843-248-7510
matan.perets@derricklawfirm.com